Harry Butler, Assignee of S. A. Calhoun, Appellants,
v. Great Lakes Pipe Line Company, Appellee.

Gen. No. 9,543. 

opinion filed
June 28, 1940. Fremont M. Kaufman, for appellant; Fred E. Gardner,
for appellee. Opinion by JUSTICE HUFFMAN. ''Not to be published in
full.''

Ruth B. White, Appellee, v. City of Rockford,
Appellant.

Gen. No. 9,556. 

opinion filed June 28, 1940; rehearing denied August 1, 1940. A. V.
Essington, Corporation Counsel, Carroll H. Nelson and William H.
Barrick, for appellant; B. Jay Knight, David F. Madden and Frederick
H. Haye, for appellee. Opinion by JUSTICE HUFFMAN. ''Not to be
published in full.''